**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>Atlantic Baking Group, Inc.<br><br>Debtor(s) | CASE NO. 04-10105 (CSS)<br><br>CHAPTER 7<br><br>Objection Deadline: August 16, 2021 at 4:00 p.m.<br>Hearing Date: September 15, 2021 at 11:15 a.m. |

## MOTION TO DEPOSIT UNCLAIMED FUNDS

Pursuant to Federal Rule 3011, the Trustee in the above-captioned case hereby submits this Motion for permission to turn over to the Clerk of the Bankruptcy Court unclaimed dividends in the amount of $36,876.20. The names(s) and address(es) of the Claimant(s) entitled to the unclaimed dividends are included as Exhibit "A".

## BACKGROUND

1. On September 22, 2020, the Trustee filed the Trustee's Final Report and Account of the Administration of the Estate (the "Final Report").

2. On October 26, 2020, the Court entered an Order approving the Final Report and authorizing the Trustee to distribute the funds in the Debtor's bankruptcy estate in accordance therewith, and the Trustee made the distribution to creditors in accordance with the Final Report.

3. The distribution included several checks made payable to various creditors, as shown in Exhibit "A" (the "Claimants"). The checks were mailed to the addresses listed in the Final Report, which were the addresses provided in the Proofs of Claim filed by the Claimants.

4.      The Claimants were listed in the Final Report; the Claimants did not object to the Final Report or to the addresses listed for distribution.

5.      After reasonable investigation, the Trustee has not been able to locate the creditors.

## **RELIEF REQUESTED**

6.      The Trustee hereby requests that the Court enter an Order authorizing the deposit of the Unclaimed Funds, totaling $36,876.20 in the Court Registry.

7.      Pursuant to Section 347 of the Bankruptcy Code, "[n]inety days after the final distribution under section 726, 1226, or 1326 of this title in a case under chapter 7, 12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of the estate shall be paid into the court and disposed of under chapter 129 of title 28." 11 U.S.C. § 347.

8.      Ninety days have passed since the Trustee made final distribution in this case and the Trustee has voided the Unclaimed Funds.

9.      The Trustee believes that the Unclaimed Funds should be paid to the Court Registry at this time.

10.     Pursuant to Federal Rule of Bankruptcy Procedure 7067(a), a Court Order must be entered before funds may be deposited with the Court.

11.     In accordance with Federal Rule of Bankruptcy Procedure 3011, attached hereto as Exhibit "B" is a list of all known names and addresses for the creditor to which the Unclaimed Funds was distributed.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order authorizing the deposit of Unclaimed Funds into the Court Registry and for such other and further relief as is just and proper.

Dated: July 27, 2021

/s/ *George L. Miller*
George L. Miller, Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
Tele:  (215) 561-0950
Fax:  (215) 561-0330