# EXHIBIT A

**Atlantic Baking Group**
**Bky. Case 04-10105-CSS**
**Unclaimed Funds**

| Claim # | CLAIMANT NAME | Allowed Amount (Gross) | Allowed Amount (Net) | Paid |
|---|---|---|---|---|
| 324 | JOHN R. STEFAN<br>11009 AZALEA DR<br>PENN HILLS PA 15235 | 644.81 | 440.73 | 214.20 |
| 466 | TRACY L. SHAFFER<br>1116 HIGHLAND AVE<br>PITCAIRN PA 15140 | 1,442.40 | 985.88 | 479.14 |
| 468 | JOHN A. MOGAB<br>1708 WRIGHT ST APT 9<br>PITTSBURGH PA 15221 | 2,200.00 | 1,503.70 | 730.80 |
| 476 | BARBARA A. SNOWDEN<br>736 MIDDLE AVE<br>WILMERDING PA 15148 | 2,198.00 | 1,502.33 | 730.14 |
| 572 | RONALD J. TOWNSEND<br>12240 HEROLD DR<br>N HUNTINGDON PA 15642 | 1,100.00 | 751.85 | 365.40 |
| 601 | DEBORAH A. TOWNSEND<br>12240 HEROLD DR<br>N HUNTINGDON PA 15642 | 1,306.20 | 892.79 | 433.90 |
| 615 | JAMES K. BINNIX<br>123 OAK AVE<br>PITTSBURGH PA 15235 | 510.00 | 348.58 | 169.41 |
| 671 | GLENN S. GIBSON<br>327 AVENUE A<br>PITTSBURGH PA 15221 | 2,778.00 | 1,898.76 | 922.81 |
| 673 | EILEEN FISHER<br>347 GROVE ST<br>E MCKEESPORT PA 15035-1106 | 450.00 | 307.58 | 149.49 |
| 674 | ROBERT J. TUNNEY<br>1146 TERMON AVE<br>PITTSBURGH PA 15212 | 2,733.00 | 1,868.00 | 907.86 |
| 718 | ANTHONY J. NICASTRO<br>1312 JOANNA DR<br>BELLEFONTE PA 16823 | 1,400.00 | 956.90 | 465.06 |
| 728 | JAMES RAMOS<br>4071 HOWLEY ST #2<br>PITTSBURGH PA 15224 | 1,530.00 | 1,045.76 | 508.24 |
| 737 | KATHRYN L. HARRIS<br>416 ROSS AVE APT 4<br>WILKINSBURG PA 15221 | 510.00 | 348.58 | 169.41 |
| 775 | SHEILA P. DAY<br>1353 GROTTO ST<br>PITTSBURGH PA 15206 | 4,620.00 | 3,157.77 | 1,534.69 |
| 836 | JOHN C. RITTER<br>30 BEAVER GRADE RD<br>ROBISON PA 15136 | 3,080.00 | 2,105.18 | 1,023.13 |
| 838 | NADIRAH T. WASHINGTON<br>400 WHIGHAM ST<br>MCKEESPORT PA 15132 | 1,116.00 | 762.79 | 370.72 |
| 839 | IMELDA C. HAGERMAN<br>1115 VOSKAMP ST<br>PITTSBURGH PA 15212 | 1,306.30 | 892.86 | 433.93 |
| 849 | RAYMAN F. EL-HILLAL<br>438 ASHBURY CT<br>MONROEVILLE PA 15146 | 1,941.20 | 1,326.81 | 644.84 |
| 860 | LEONARD HALL<br>1218 MORROW ST<br>PITTSBURGH PA 15221 | 4,080.00 | 2,788.68 | 1,355.31 |

| Claim # | CLAIMANT NAME | Allowed Amount (Gross) | Allowed Amount (Net) | Paid |
|---|---|---|---|---|
| 978 | AIME P. SMITH<br>818 BANK ST 1ST FLOOR<br>BRIDGEVILLE PA 15017 | 673.00 | 459.99 | 223.56 |
| 994 | ALISA PIPPENS<br>336 WHITTER DR<br>PITTSBURGH PA 15235 | 4,633.00 | 3,166.65 | 1,539.01 |
| 1052 | MARY LOU MEHALIK<br>405 GLOSSER ST<br>PITTSBURGH PA 15112 | 2,550.00 | 1,742.92 | 847.07 |
| 1056 | SUZANNE C. JONES<br>80 LOCUST ST<br>ETNA PA 15223 | 2,784.00 | 1,902.86 | 924.80 |
| 1113 | DOLORES R. BECHTOLD<br>240 EDMOND ST<br>PITTSBURGH PA 15224 | 3,570.00 | 2,440.10 | 1,185.90 |
| 1141 | FRED A. HRALA<br>2343 ALMONT ST<br>PITTSBURGH PA 15210 | 4,203.40 | 2,873.02 | 1,396.30 |
| 1142 | CLAYTON E. PILLOWS<br>2011 FORBES AVE<br>PITTSBURGH PA 15219 | 2,000.00 | 1,367.00 | 664.37 |
| 1180 | THOMAS H. KING<br>104 KRISVIEW DR<br>LOWER BURRELL PA 15068 | 1,120.00 | 765.52 | 372.05 |
| 1182 | RONALD E. PALMER<br>177 E LEMINGTON AVE<br>PITTSBURGH PA 15235 | 2,078.40 | 1,420.58 | 690.41 |
| 1222 | BONNIE L. HUBER<br>135 ACME AVE<br>CHESWICK PA 15024 | 788.46 | 538.92 | 261.92 |
| 1230 | CAROL A. CUTBIRTH<br>221 CAROL DR<br>SAXONBURG PA 16056 | 1,620.00 | 1,107.27 | 538.14 |
| 1236 | DOROTHY C. FRANCES<br>2654 STOCHINE RD APT #2<br>MONROEVILLE PA 15146 | 600.00 | 410.10 | 199.31 |
| 1252 | MICHELLE A. CARTER<br>5339 DRESDEN WAY<br>PITTSBURGH PA 15201 | 3,410.00 | 2,330.74 | 1,132.74 |
| 1255 | DANNY COKER<br>113 MILLER AVE<br>RANKIN PA 15104 | 420.00 | 287.07 | 139.52 |
| 1275 | JOHN W. DEITZER<br>192 ARLA DR<br>PITTSBURGH PA 15220 | 1,374.70 | 939.61 | 456.65 |
| 1279 | HARRY R. TARR<br>540 RAINIER DR<br>PITTSBURGH PA 15239 | 2,742.00 | 1,874.16 | 910.85 |
| 1293 | TERRY S. BOWER<br>PO BOX 87<br>OAK RIDGE PA 16245 | 1,019.23 | 696.64 | 338.57 |
| 1398 | FREDERICK J. SMITH<br>418 EDGEMONT ST<br>PITTSBURGH PA 15211 | 2,000.00 | 1,367.00 | 664.37 |
| 1410 | MARY E. JACKSON<br>4710 KINCAID ST<br>PITTSBURGH PA 15224 | 500.00 | 341.75 | 166.09 |
| 1425 | ROBERT L. ANGOFF<br>5000 CHRISTOPHER WREN #208<br>WEXFORD PA 15090 | 2,740.38 | 1,873.05 | 910.31 |

| Claim # | CLAIMANT NAME | Allowed Amount (Gross) | Allowed Amount (Net) | Paid |
|---|---|---|---|---|
| 1433 | SHARON R. O'TOOLE<br>26 DEMMER AVE<br>PITTSBURGH PA 15221-5210 | 1,451.20 | 991.90 | 482.07 |
| 1454 | DAVID R. SCHOENFELD<br>5001 NORTHLAWN CIR<br>MURRYSVILLE PA 15668 | 658.49 | 450.07 | 218.74 |
| 1459 | WILLIAM G CHARLES<br>4703 LOLLY DR<br>MONROEVILLE PA 15146-3625 | 636.80 | 636.80 | 309.49 |
| 1468 | MARK B. ALLEN<br>146 S FAIRMOUNT ST #6<br>PITTSBURGH PA 15206 | 298.95 | 204.34 | 99.31 |
| 1474 | BARBARA CHARLES<br>4703 LOLLY DR<br>MONROEVILLE PA 15146-3625 | 3,000.00 | 2,050.50 | 996.55 |
| 1494 | JOSEPH A. JURISON<br>883 NIAGARA DR<br>N HUNTINGDON PA 15642 | 984.00 | 672.56 | 326.87 |
| 1216p | DAVID J. FARREN<br>2231 HAMPTON ST<br>PITTSBURGH PA 15218 | 620.00 | 423.77 | 205.95 |
| 1250p1 | FRANK A. WOJTKOWSKI<br>460-A SHINGISS ST<br>MCKEE S ROCKS PA 15136 | 3,049.46 | 2,084.30 | 1,012.98 |
| 1274A | MARLENE F. WOOD<br>2325 S BRADDOCK AVE<br>SWISSVALE PA 15218 | 980.00 | 669.83 | 325.54 |
| 1282A | SUSAN L. TAGMYER<br>120 WONDERLY DR<br>SARVER PA 16055 | 1,850.96 | 1,265.13 | 614.86 |
| 1419A | CRAIG E. DIAN<br>1050 OLD ORCHARD DR<br>GIBSONIA PA 15044 | 1,803.00 | 1,232.35 | 598.93 |
| 1461A | JOHN H. ZIMECKI<br>2310 SPRING ST<br>PITTSBURGH PA 15210 | 720.00 | 492.12 | 239.17 |
| 417A | PHILLIP S. MARTIN<br>1325 LINCOLN AVE<br>PITTSBURGH PA 15206 | 4,650.00 | 3,178.28 | 1,544.66 |
| 422A | VERONICA S. BROWN<br>507 EDMONDS ST APT #2<br>PITTSBURGH PA 15224 | 4,650.00 | 3,178.28 | 1,544.66 |
| 467A | LEONARD F. BRENNAN<br>9 E OLIVER CT<br>PITTSBURGH PA 15239 | 1,691.88 | 1,156.40 | 562.02 |
| 869A | MARK A. CHECCHIO<br>142 LILMONT DR<br>PITTSBURGH PA 15218 | 4,650.00 | 3,178.28 | 1,544.66 |
| 982A | MARY M. DIMOND<br>411 S MAIN ST<br>PITTSBURGH PA 15215 | 480.00 | 328.08 | 159.45 |
| 993B | CRAIG A. RYKACZEWSKI<br>156 MEADOWVIEW DR<br>SARVER PA 16055 | 2,769.15 | 1,892.71 | 919.87 |

36,876.20